# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**SIDNEY MCGEE,**

    **Petitioner,**

    v.            **Civil Action No. 16-cv-11561-IT**

**SEAN MEDIEROS,**

    **Respondent.**

## ORDER

September 13, 2016

**TALWANI, D.J.**

On August 8, 2016, Sidney McGee, who is incarcerated at MCI Norfolk, filed a petition for a writ of habeas corpus in which he challenges his conviction under M.G.L. ch. 265, § 50. Although the petitioner used a form for seeking habeas relief under 28 U.S.C. § 2241, the clerk appropriately identified this action as one for relief under 28 U.S.C. § 2254 because the petitioner challenges his conviction under state law.

In an order dated August 10, 2016, the Court ordered the petitioner either to pay the $5.00 filing fee or to seek leave to proceed *in forma pauperis*. The Court stated that failure to do so within twenty-one days could result in dismissal of the action.

The time for complying with the Court's order concerning the filing fee has expired. The petitioner has not paid the fee, filed a motion for leave to proceed *in forma pauperis*, or had any other communication with the Court.

Accordingly, this action is dismissed without prejudice for failure to pay the filing fee.

This order is a final order of dismissal and closes the case.[1]

**SO ORDERED.**

          /s/ Indira Talwani
          Indira Talwani
          United States District Judge

---

[1] To the extent the petitioner still wishes to seek habeas relief in this Court, he should ensure that his petition is filed within the limitations period set forth in 28 U.S.C. § 2244(d).